**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 19, 2013**.



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00146-CV
_____

## IN RE Y. GINA LISITSA AND LISITSA LAW CORPORATION, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-51599**

---

## MEMORANDUM OPINION

On February 22, 2013, relators filed a petition for writ of Mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Joseph J. Halbach, Jr., presiding judge of the 333rd District Court of Harris County to vacate his order of February 20, 2013, denying relators' motion for protective order.

Relators have not established they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Jamison and McCally.